AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Vyskocil, Mary Kay | 2. Court or Organization<br><br>US Bankruptcy Court for the Southern District of New York | 3. Date of Report<br><br>11/07/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☑ Initial ☐ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>07/31/2016 |

**7. Chambers or Office Address**

United States Bankruptcy Court
Alexander Hamilton U.S. Custom House
One Bowling Green
New York, New York 1004

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner in Law Firm (retired March 31, 2016) | Simpson Thacher & Bartlett LLP |
| 2. | Vice President | Federal Bar Council |
| 3. | Trustee (Withdrew 3/17/2016) | New York Community Trust |
| 4. | Director | Sanctuary for Families |
| 5. | Trustee | St. Joseph's Seminary |
| 6. | Trustee | Dominican College |
| 7. | Director ad Executive Committee Member | Judges and Lawyers Breast Cancer Alert ("JALBCA") |
| 8. | Trustee | Historical Society of New York Courts |
| 9. | Vice Presient | New York American Inn of Court |
| 10. | Director and President Emeritus | St. John's University School of Law Alumni Association |
| 11. | Director and Vice President | [New York City] Owners Corporation (Co-op Board) |
| 12. | Trustee and Clerk | Condominium Association |

| Name of Person Reporting | Date of Report |
|---|---|
| **Vyskocil, Mary Kay** | 11/07/2016 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1990 | Simpson Thacher & Bartlett -- Retirement Plan under partnership Agreement (with former law firm)--Unfunded Pension Plan and equity payout |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Simpson Thacher & Bartlett LLP -- Partner Draw | $3,813,081.00 |
| 2. 2015 | Simpson Thacher & Bartlett LLP --Partner Draw | $3,775,000.00 |
| 3. 2016 | Simpson Thacher & Bartlett LLP --Partner Draw & Pension | $894,924.00 |
| 4. 2014 | Roaring Fever LLC--New York State Breeders Awards | $1,343.20 |
| 5. 2015 | Roaring Fever LLC --New York State Breeders Awards | $1,481.47 |
| 6. 2016 | Roaring Fever LLC --New York State Breeders Awards | $959.86 |
| 7. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. EXEMPT | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 11/07/2016 |

5.

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | EXEMPT | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 11/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 425 Private Fund I, LLC | G | Dividend | N | T | | | | | |
| 2. CTC Madison Fund at Millenium Trust-IRA | A | Dividend | P1 | T | | | | | |
| 3. STB, LLP PROFIT SHARING PLAN - FIDELITY (H) | | | | | | | | | |
| 4. WT CIF II CR PL BD 1 | A | Dividend | J | T | | | | | |
| 5. FID 500 Index Inst | F | Dividend | P1 | T | | | | | |
| 6. TRP Equity Income | D | Dividend | M | T | | | | | |
| 7. Champlain Midcap Inst | B | Dividend | K | T | | | | | |
| 8. MIP II CL 2 | A | Dividend | J | T | | | | | |
| 9. STB SUPP PROFIT SHARING PLAN _ FIDELITY (H) | | | | | | | | | |
| 10. WT CIF II CR PL BD 1 | A | Dividend | K | T | | | | | |
| 11. FID 500 Index Inst | F | Dividend | P1 | T | | | | | |
| 12. TRP Equity Income | C | Dividend | M | T | | | | | |
| 13. Champlain Midcap Inst | B | Dividend | L | T | | | | | |
| 14. MIP II CL 2 | A | Dividend | J | T | | | | | |
| 15. FID Intm Govt Income | A | Dividend | J | T | | | | | |
| 16. MERRILL LYNCH HSA (H) | | | | | | | | | |
| 17. Black Rock Global | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 11/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ML Bank Deposit Program | A | Interest | K | T | | | | | |
| 19. Black Rock S&P 500 Index | B | Dividend | J | T | | | | | |
| 20. TRANSAMERICA IRA (H) | | | | | | | | | |
| 21. TFLIC Fixed | A | Dividend | J | T | | | | | |
| 22. Transamerica Partners Large Growth | A | Dividend | J | T | | | | | |
| 23. JP Morgan Chase- Cash Accounts | A | Interest | N | T | | | | | |
| 24. Citibank, N.A.- Cash Accounts | D | Interest | P2 | T | | | | | |
| 25. People's United Bank- Cash Accounts | D | Interest | P1 | T | | | | | |
| 26. Western Asset NY Tax- Free MMF CL N | A | Dividend | M | T | | | | | |
| 27. Fidelity IRA | B | Dividend | K | T | | | | | |
| 28. Fidelity Government Cash Reserves | A | Dividend | J | T | | | | | |
| 29. Vanguard 500 Index Inv | B | Dividend | K | T | | | | | |
| 30. FIDELITY BROKERAGE #1 (H) | | | | | | | | | |
| 31. American Growth Fund of America, Class F1 | E | Dividend | N | T | | | | | |
| 32. Dodge & Cox Stock | D | Dividend | M | T | | | | | |
| 33. Fidelity NY AMT Free MMKT Inst Class | A | Dividend | M | T | | | | | |
| 34. Fidelity NY Muni Money Market | A | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 11/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Royce Total Return Fund Investment Class | E | Dividend | N | T | | | | | |
| 36. Fidelity 500 Index Premium Class | D | Dividend | M | T | | | | | |
| 37. SPDR S&P Midcap 400 ETF TR UT SER1 | C | Dividend | N | T | | | | | |
| 38. Tweedy Browne Global Value Fund | D | Dividend | M | T | | | | | |
| 39. Vanguard 500 Index Fund Investor Shares | A | Dividend | K | T | | | | | |
| 40. Baron Growth Fund | E | Dividend | N | T | | | | | |
| 41. Fidelity Government Money Market | A | Dividend | J | T | | | | | |
| 42. FIDELITY BROKERAGE #2 (H) | | | | | | | | | |
| 43. American Beacon Large Cap Investor | B | Dividend | J | T | | | | | |
| 44. American Europacific Growth Fund Class F2 | A | Dividend | K | T | | | | | |
| 45. Deutsche Strategic High Yield Tax Free Fund | A | Dividend | K | T | | | | | |
| 46. Deutsche NY Tax Free Income Fund | E | Dividend | N | T | | | | | |
| 47. Fidelity Government Cash Reserves | A | Dividend | J | T | | | | | |
| 48. Fidelity Advisor New Insights Class 1 | C | Dividend | L | T | | | | | |
| 49. Fidelity Limited Term Muni Income Fund | A | Dividend | L | T | | | | | |
| 50. Fidelity Municipal Income Fund | D | Dividend | M | T | | | | | |
| 51. FIMM Money Market Portfolio | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 11/07/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Harbor International Institutional Fund | A | Dividend | J | T | | | | | |
| 53. ISHARES Russell 1000 Growth ETF | A | Dividend | J | T | | | | | |
| 54. ISHARES S&P Smallcap 600 Value | A | Dividend | J | T | | | | | |
| 55. ISHARES Russell 1000 Value ETF | B | Dividend | L | T | | | | | |
| 56. MFS International Diversification Fund | A | Dividend | K | T | | | | | |
| 57. MFS International Value Fund | A | Dividend | K | T | | | | | |
| 58. MFS Research International Fund | A | Dividend | J | T | | | | | |
| 59. Morgan Stanley Midcap Growth Portfolio | C | Dividend | K | T | | | | | |
| 60. Morgan Stanley Global Real Estate Portfolio | A | Dividend | K | T | | | | | |
| 61. Nuveen Intermediate Duration Muni Bond Fund | B | Dividend | L | T | | | | | |
| 62. Nuveen NY Municipal Bond Fund | D | Dividend | M | T | | | | | |
| 63. Oppenheimer International Growth Fund | A | Dividend | J | T | | | | | |
| 64. Royce PA Mutual Fund Service | B | Dividend | J | T | | | | | |
| 65. RS Small Cap Growth Fund | A | Dividend | J | T | | | | | |
| 66. Sector SPDR Trust Shares Ben Int Financial | A | Dividend | K | T | | | | | |
| 67. SPDR S&P 500 ETF Trust SER1 | B | Dividend | L | T | | | | | |
| 68. Wells Fargo Special Mid Cap Administration Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 11/07/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Wells Fargo Muni Bond Fund- Administration Class | D | Dividend | M | T | | | | | |
| 70. Wells Fargo Ultra Short Term Muni Income Fund | B | Dividend | N | T | | | | | |
| 71. Western Asset Managed Muni Fund | A | Dividend | K | T | | | | | |
| 72. MORGAN STANLEY #1 (H) | | | | | | | | | |
| 73. ABBVIE, Inc. | A | Dividend | K | T | | | | | |
| 74. Allstate Corp | A | Dividend | K | T | | | | | |
| 75. Apple | A | Dividend | K | T | | | | | |
| 76. Bank of NY Mellon Corp | A | Dividend | K | T | | | | | |
| 77. Chevron Corp | B | Dividend | K | T | | | | | |
| 78. CVS Health Corp | A | Dividend | K | T | | | | | |
| 79. General Electric Co | A | Dividend | K | T | | | | | |
| 80. Home Depot, Inc. | A | Dividend | K | T | | | | | |
| 81. Microsoft, Corp | A | Dividend | K | T | | | | | |
| 82. Republic Services, Inc. | A | Dividend | K | T | | | | | |
| 83. Starbucks Corporation | A | Dividend | K | T | | | | | |
| 84. Unitedhealth Group, Inc. | A | Dividend | K | T | | | | | |
| 85. Visa, Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 11/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Alerian MLP ETF | B | Dividend | K | T | | | | | |
| 87. Mead Johnson Nutrition Co. | A | Dividend | K | T | | | | | |
| 88. Mylan NV | A | Dividend | K | T | | | | | |
| 89. Palo Alto Networks, Inc. | A | Dividend | J | T | | | | | |
| 90. Royal Bank of Canada | A | Dividend | K | T | | | | | |
| 91. Berkshire Hathaway Class B | A | Dividend | K | T | | | | | |
| 92. Davita, Inc. | A | Dividend | K | T | | | | | |
| 93. Dunkin Brands Group | A | Dividend | K | T | | | | | |
| 94. Facebook, Inc. | A | Dividend | K | T | | | | | |
| 95. Guess, Inc. | A | Dividend | K | T | | | | | |
| 96. Honeywell International | A | Dividend | K | T | | | | | |
| 97. INFOSYS Limited ADR | A | Dividend | J | T | | | | | |
| 98. International Paper Co. | A | Dividend | K | T | | | | | |
| 99. Intuitive Surgical Inc. | A | Dividend | K | T | | | | | |
| 100. Lockheed Martin Corp | A | Dividend | K | T | | | | | |
| 101. Alphabet, Inc. | A | Dividend | K | T | | | | | |
| 102. Morgan Stanley Bank, N.A. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 11/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. MORGAN STANLEY #2 (H) | | | | | | | | | |
| 104. Bank of America Corp. | D | Dividend | L | T | | | | | |
| 105. JP Morgan Chase Co | C | Dividend | L | T | | | | | |
| 106. Morgan Stanley | C | Dividend | L | T | | | | | |
| 107. Wells Fargo & Co | C | Dividend | L | T | | | | | |
| 108. General Motors Co. | C | Dividend | L | T | | | | | |
| 109. Goldman Sachs Group | B | Dividend | L | T | | | | | |
| 110. HCA, Inc. | B | Dividend | L | T | | | | | |
| 111. Hewlett-Packard | C | Dividend | L | T | | | | | |
| 112. ICAHN Enterprises | C | Dividend | K | T | | | | | |
| 113. JP Morgan Chase CD | A | Interest | L | T | | | | | |
| 114. Microsoft Corp. | B | Dividend | L | T | | | | | |
| 115. Morgan Stanley Bank, N.A. | A | Interest | M | T | | | | | |
| 116. Morgan Stanley Private Bank, N.A. | A | Interest | M | T | | | | | |
| 117. Pitney Bowes, Inc. | C | Dividend | L | T | | | | | |
| 118. SL Green Realty Co. | C | Dividend | L | T | | | | | |
| 119. United Technologies | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 11/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Verizon Communications | B | Dividend | L | T | | | | | |
| 121.  Ally Financial, Inc. | A | Dividend | L | T | | | | | |
| 122.  American Airlines Group | A | Dividend | L | T | | | | | |
| 123.  General Motors Financial Co. | A | Dividend | L | T | | | | | |
| 124.  Conagra Foods, Inc. | A | Dividend | L | T | | | | | |
| 125.  HP Enterprise Co. | A | Dividend | L | T | | | | | |
| 126.  MERRILL LYNCH (H) | | | | | | | | | |
| 127.  Blackstone Group, L.P. | A | Dividend | M | T | | | | | |
| 128.  PJT Partners, Inc. | A | Dividend | J | T | | | | | |
| 129.  Global Crossing | A | Dividend | J | W | | | | | |
| 130.  Asia Global Crossing | A | Dividend | J | W | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 11/07/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary Kay Vyskocil**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544